RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Victor Rodriguez-Avendano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> VICTOR RODRIGUEZ-AVENDANO, <br><br> Defendant | Case No. 2:22-cr-00143-CDS-NJK-1 <br><br> **STIPULATION TO CONTINUE REVOCATION HEARING** <br> (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Victor Rodriguez-Avendano, that the Revocation Hearing currently scheduled on February 8, 2023 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Client is currently in ICE custody, at a separate detention center.

2. Counsel needs time to coordinate with client and investigate the allegations in this matter.

3. The defendant is in custody and agrees with the need for the continuance.

4. The parties agree to the continuance.

1     This is the first request for a continuance of the revocation hearing.

2     DATED this 6th day of February, 2023.

3

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Robert Knief<br>ROBERT KNIEF<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff<br><br>v.<br><br>VICTOR RODRIGUEZ-AVENDANO,<br><br>  Defendant | Case No. 2:22-cr-00143-CDS-NJK-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 8, 2023, at 1:30 p.m., be vacated and continued to March 13, 2023 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

DATED this 7th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE

3